IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENDRICK WILLIAMS, | ) | |
| Plaintiff, | ) | NO. 3:22-cv-01035 |
| v. | ) | |
| ELMINGTON PROPERTY MANAGEMENT, LLC, | ) | JUDGE RICHARDSON |
| Defendant. | ) | |

### ORDER

The parties have filed a "Joint Stipulation of Dismissal" (Doc. No. 20, "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) which was signed by counsel for all parties. Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice. Consistent with the parties' request, each party shall bear its own costs and attorney's fees related to this litigation.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE