**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Kendrick Williams

Plaintiff,

v.                                            Case No.: 3:22–cv–01035

Elmington Property Management, LLC

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/1/2023 re [21].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk